UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNNY MANHERTZ,<br><br>Defendant. | Criminal No. 26cr10169<br><br>Violations:<br><br>Count One: Fraudulent Voting<br>(52 U.S.C. § 20511(2)(B))<br><br>Count Two: Unlawful Voting By Alien<br>(18 U.S.C. § 611) |

# INDICTMENT

## COUNT ONE
Fraudulent Voting
(52 U.S.C. § 20511(2)(B))

The Grand Jury charges:

On or about November 5, 2024, in Essex County, in the District of Massachusetts, the defendant,

SUNNY MANHERTZ,

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Massachusetts of a fair and impartially conducted election process, by the procurement, casting, and tabulation of a ballot that he knew to be materially false, fictitious, and fraudulent under the laws of the state in which the election was held, that is, MANHERTZ submitted or caused to be submitted a ballot, which he knew to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Massachusetts.

All in violation of Title 52, United States Code, Section 20511(2)(B).

COUNT TWO
Unlawful Voting By Alien
(18 U.S.C. § 611)

The Grand Jury further charges:

On or about November 5, 2024, in Essex County, in the District of Massachusetts, the defendant,

SUNNY MANHERTZ,

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

[redacted]

FOREPERSON

LUCY SUN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JUNE 02, 2026
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK